UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-39117 |
| Patricia Lamberta | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER TO RE-OPEN BANKRUPTCY CASE

This matter coming to be heard on the Debtor's Motion to Re-Open her Bankruptcy Case, proper notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. This cause is hereby re-opened for the purpose of allowing the Debtor to prosecute the motion to avoid judicial lien against FIA Card Services, NA ("Motion to Avoid Lien");

2. Upon conclusion and final adjudication of the Motion to Avoid Lien, the Clerk is directed to close said case.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: May 05, 2017

**Prepared by:**

Konstantine Sparagis (6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, Illinois 60607
312-753-6956